UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

v.

      Case No. 22-cv-11198
      Hon. Matthew F. Leitman

JOHN DOE subscriber assigned
IP Address 99.51.157.47,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: August 2, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2022, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126